In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and to Conserve the Assets of the INDEPENDENCE INDEMNITY COMPANY. Claim of HOYT AVENUE GARDENS, INC., Claim No. C. I. 240.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

MARY BROSNAN and JOHN BROSNAN v. ISAAC LIFTIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EARL COPP v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

In the Matter of LOUISE BRUCE HILLS, an Incompetent Person. In the Matter of the Application of THE NEW YORK TRUST COMPANY, as Committee of the Property of Said LOUISE BRUCE HILLS, an Incompetent Person, for an Order of the Court Electing on Behalf of the Said LOUISE BRUCE HILLS, between the Provision Made for Her in the Last Will and Testament of Her Deceased Husband, JOHN MARSHALL HILLS, Deceased, and Her Rights under Section 17, Decedent Estate Law, and Her Dower Interest in Said Decedent's Real Property.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM BULLOCK v. OGDEN L. MILLS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

KENZIE TAGUCHI and PEDRO SENSENG v. NEW ERA CAB CORPORATION, Impleaded with JAMES P. GILLESPIE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of HAMILTON AUTO CASUALTY CORPORATION, v. BAY ISLANDS HOLDING CO., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ROBERT MASTRUZZI, an Infant, etc., by His Guardian ad Litem, CONCETTA MASTRUZZI, and Others v. SALVATORE ALOI.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [See ante, p. 710.]

VINCENT CALISI v. CITY SAND AND GRAVEL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CLARA SNYDER v. METROPOLITAN LIFE INSURANCE COMPANY. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.